IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE JACKSON, | CIVIL DIVISION |
| Plaintiff, | NO.: CA05-33 Erie |
| v. | **MOTION TO AMEND CASE MANAGEMENT ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |
| WAL-MART STORES, INC., | |
| Defendant. | |
| | FILED ON BEHALF OF: |
| | PLAINTIFF |
| | COUNSEL OF RECORD FOR THIS PARTY: |
| **JURY TRIAL DEMANDED** | SEAN P. DUFF, ESQUIRE<br>PA. I.D. NO.: 88853 |
| | PATBERG, CARMODY, GING & FILIPPI<br>504 STATE STREET, SUITE 200<br>ERIE, PA. 16501 |
| | (814) 874-0558 |

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE JACKSON, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | NO.: CA05-33 Erie |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## MOTION TO AMEND CASE MANAGEMENT ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

AND NOW, comes the Plaintiff, Darlene Jackson, by and through her attorney, Sean P. Duff, Esquire and Patberg, Carmody, Ging & Filippi, and moves this court for an Order Amending the Case Management Order to Extend the Discovery and Dispositive Motion Deadlines. In support of this Motion, the Plaintiff states:

1. By prior Order, Discovery in this matter is to be completed on or before October 14, 2005, with Motions for Summary Judgment to be filed on or before November 18, 2005. To date, written information has been exchanged and the deposition of the Plaintiff has been taken, however, several depositions of representatives of the Defendants have yet to be taken.

2. The Plaintiff has also submitted a demand in an effort to resolve this matter without further litigation and has been advised by Defendant that they were considering the same.

3. Plaintiff anticipates that all discovery can be completed within an additional sixty (60) days from October 14, 2005.

4. Counsel has discussed this matter with counsel for the Defendant and they have consented to such an extension.

5.  This Motion is not presented for the purpose of delay or dilatory conduct. Neither party will be prejudiced by the granting of this short extension.

WHEREFORE, the Plaintiff respectfully requests this honorable court enter an Order amending the Case Management Order and extend the discovery and Dispositive Motion deadlines, and all of the previously scheduled dates sixty (60) days.

RESPECTFULLY SUBMITTED,

PATBERG, CARMODY, GING & FILIPPI

DATE: 10/17/05     By: _____
Sean P. Duff, Esquire
PA I.D. No.: 88853

PATBERG, CARMODY, GING & FILIPPI
504 State Street, Suite 200
Erie, Pa. 16501
(814) 874-0558

Attorneys for Plaintiff.

-3-

## CERTIFICATE OF SERVICE

I, Sean P. Duff, Esquire, hereby certify that a true and correct copy of the within Motion to Amend the Case Management Order to Extend the Discovery and Dispositive Motion Deadlines was served upon the following parties this __17__ day of October, 2005 by U.S. First Class Mail as follows:

Lorena E. Ahumada
Ballard Spahr Andrews & Ingersoll
1735 Market Street, 51st Floor
Philadelphia, Pa. 19103

_____
Sean P. Duff, Esquire