IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE JACKSON, | ) CIVIL DIVISION |
| Plaintiff, | ) NO.: CA05-33 Erie |
| v. | ) |
| WAL-MART STORES, INC., | ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |

## ORDER OF COURT

AND NOW, to-wit, this ____ day of _____, 2005 upon consideration of the herein Motion to Amend Case Management Order, and there being no objection it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is **Granted**. The following deadlines are established:

1. The parties shall complete discovery on or before December 15, 2005.

2. All dispositive motions accompanied by a brief shall be filed on or before January 15, 2006.

3. Responses accompanied by brief to any such motions shall be filed on or before February 15, 2005. Any reply briefs will be due fifteen (15) days thereafter.

4. Movants joint concise statement of material fact is due on or about March 15, 2005.

5. If no dispositive motions are filed Plaintiff's pretrial narrative statement, which shall comply with Local Rule 16.1 4A, shall be filed on or before February 1, 2005.

6. All other time specifications to remain consistent with this court's prior order of June 21, 2005.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge