IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE JACKSON, | : | |
| | : | |
| Plaintiff, | : | CIVIL DIVISION |
| | : | |
| v. | : | NO.: 05-33 (Erie) |
| | : | |
| WAL-MART STORES, INC., | : | |
| | : | |
| Defendant. | : | Electronically Filed |

**MOTION FOR SUMMARY JUDGMENT**
**OF DEFENDANT WAL-MART STORES, INC.**

      Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant Wal-Mart Stores, Inc. ("Wal-Mart"), by its undersigned attorneys, hereby moves for summary judgment on all counts of the Complaint. Wal-Mart bases its motion on the arguments set forth in the accompanying memorandum of law.

                                            Respectfully submitted,

Dated: January 13, 2006                               s/David S. Fryman
                                                           David S. Fryman
                                                           Lorena E. Ahumada
                                                           Attorney I.D. Nos.: 57623 & 91630

                                                          Attorneys for Defendant
                                                          Wal-Mart Stores, Inc.

OF COUNSEL:
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
(215) 665-8500

**CERTIFICATE OF SERVICE**

      I, David S. Fryman, hereby certify that on this 13th day of January, 2006, a true and correct copy of the foregoing Motion for Summary Judgment and accompanying memorandum of law of Defendant Wal-Mart Stores, Inc. were filed electronically and are available for viewing and downloading from the ECF system. I further certify that I caused a true and correct copy of the same to be served via Federal Express, overnight mail, upon the following:

> Sean P. Duff, Esquire
> Patberg, Carmody, Ging & Filippi
> 527 Court Place
> Pittsburgh, PA  15219

Dated:  January 13, 2006                      s/David S. Fryman
                                                              David S. Fryman