IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE JACKSON, | : | |
| | : | |
| Plaintiff, | : | CIVIL DIVISION |
| | : | |
| v. | : | NO.: 05-33 (Erie) |
| | : | |
| WAL-MART STORES, INC., | : | |
| | : | |
| Defendant. | : | Electronically Filed |

## **O R D E R**

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion for Summary Judgment of Defendant Wal-Mart Stores, Inc., and plaintiff's response, if any, it is hereby ORDERED that defendant's motion is GRANTED and judgment is entered in favor of defendant and against plaintiff on all counts of the complaint.

BY THE COURT:

_____
J.