IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE JACKSON, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | NO.: CA05-33 Erie |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## ORDER OF COURT

AND NOW, to-wit, this **16th** day of February 2006, upon consideration of the herein Motion for Extension, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby **GRANTED**. Plaintiff's response shall be due on or before February 27, 2006 and any Reply Brief filed by Defendant shall be due on or before March 13, 2006.

BY THE COURT:

*Maurice B. Cohill, Jr.*