IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE JACKSON, | CIVIL DIVISION |
| Plaintiff, | NO.: CA05-33 Erie |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant. | **JURY TRIAL DEMANDED** |

**MOTION FOR EXTENSION**

AND NOW, comes Plaintiff, Darlene Jackson, by and through her counsel, Patberg, Carmody, Ging & Filippi and Sean P. Duff, Esquire, and files the following Motion for Extension and in support thereof avers as follows:

1. The above referenced matter is brought under the Americans With Disabilities Act and arises from the Plaintiff's dismissal from Defendant Wal-Mart's store in Erie, Pennsylvania in June of 2004.

2. On or about January 15, 2006, the Defendant filed a Motion for Summary Judgment and Brief in Support thereof.

3. Pursuant to a previous Court Order, Plaintiff was due to file a response on or before February 15, 2006.

4. By Order of Court and with consent of counsel, that time frame was extended until February 27, 2006.

5. On February 27, 2006, counsel for the Plaintiff contacted counsel for the Defendant, David Fryman, in order to respectfully request an additional extension until March 3, 2006 in which to file a response.

6. This was due, in large part, to the fact that the Plaintiff's firm, Patberg, Carmody, Ging & Filippi, is relocating their offices from one building to another across town during this week.

7. Mr. Fryman consented to an extension until March 3, 2006.

8. Plaintiff has indicated that they would also agree to extend the time that the Defendant has to file a reply brief, if they so wish, by the same time frame.

9. The granting of this short extension in light of the circumstances cited herein will not prejudice any party to this matter.

WHEREFORE, Plaintiff respectfully requests this Honorable Court extend the time that Plaintiff's have to file a response to the Defendant's Motion for Summary Judgment until March 3, 2006 and the time that the Defendant has to file a reply brief until March 20, 2006.

RESPECTFULLY SUBMITTED,

PATBERG, CARMODY, GING & FILIPPI

DATE: 2/27/06

By: _____
Sean P. Duff, Esquire
PA. I.D. No.: 88853

PATBERG, CARMODY, GING & FILIPPI
504 State Street, Suite 200
Erie, Pa. 16501
(814) 874-0558

Attorney for Plaintiffs.