IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE JACKSON, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | NO.: CA05-33 Erie |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## ORDER OF COURT

AND NOW, to-wit, this ____ day of February 2006, upon consideration of the herein Motion for Extension, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby **GRANTED**. Plaintiff's Brief and Reply to Defendant's Motion for Summary Judgment shall be due on or before March 3, 2006. The Defendant's Reply Brief, if any, shall be due on or before March 20, 2006.

BY THE COURT:

_____J.