IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE JACKSON, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | NO.: CA05-33 Erie |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

**ORDER OF COURT**

AND NOW, to-wit, this ____ day of March, 2006, upon consideration of the herein Motion for Extension, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby **GRANTED**. Plaintiff's Reply and Brief in Opposition to Defendant's Motion for Summary Judgment shall be due on or before March 9, 2006. No further extensions will be granted by this Court. Further, any Reply Brief the Defendants wish to be filed will be filed on or before March 27, 2006. The prohibition on extensions does not apply to Defendant's Reply Brief.

BY THE COURT:

_____J.