IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE JACKSON, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | NO.: CA05-33 Erie |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2006, upon consideration of the Defendant's Motion for Summary Judgment and Plaintiff's Reply thereto, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby **DENIED**.

BY THE COURT:

_____J.