IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Darlene Jackson,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-33E |
| | ) | |
| **Wal-Mart Stores,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 5th day of April, 2007, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant Wal-Mart Stores' Motion for Summary Judgment [Doc. 12] is GRANTED and judgment is entered in favor of the Defendant and against the Plaintiff on all counts of the Complaint. The Clerk of Courts shall mark this case "closed."

Maurice B. Cohill, Jr.
Senior District Court Judge