# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

DARLENE JACKSON,

V.

WAL-MART STORES, INC.

**BILL OF COSTS**

Case Number:  Civ. A. No. 05-33 ERIE
(Cohill, J.)

Judgment having been entered in the above entitled action on April 5, 2007 against <u>Plaintiff Darlene Jackson</u>, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk.................................................................................................................... | |
| Fees for service of summons and subpoena............................................................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case................... | $678.60 |
| Fees and disbursements for printing ........................................................................................ | |
| Fees for witnesses..................................................................................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case .......... | $72.00 |
| Docket fees under 28 U.S.C. 1923........................................................................................... | |
| Costs as shown on Mandate of Court of Appeals .................................................................... | |
| Compensation of court-appointed experts ............................................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828................... | |
| Other costs (please itemize)..................................................................................................... | |
| TOTAL .................. | $750.60 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---
**DECLARATION**
---

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was sent today by first class mail to: <u>Sean Duff, Esquire,</u>

Signature of attorney: _/s/ David Fryman_

Name of Attorney: <u>David S. Fryman</u>

For:  <u>Defendant Wal-Mart Stores, Inc.</u>        Date: _____
           Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
Clerk of Court                                            Deputy Clerk                          Date

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

DARLENE JACKSON,

V.

WAL-MART STORES, INC.

Case Number:   Civ. A. No. 05-33 ERIE
(Cohill, J.)

## Itemization of Costs

1) AKF Court Reporters, Inc., for transcript of deposition of Darlene Jackson September 15, 2005 ...................................................................................$444.50

2) Ferguson & Holdnack Reporting, Inc., for transcripts of depositions of P. Burns, L. Dolecki, R. Chittesder, and C. Smith November 16, 2005..........................................................................................$234.10

3) PRINTBIZ, for reproduction of records in response to FOIA request made to the Equal Employment Opportunity Commission............................................................................ $72.00

   Total Costs: ............................................................$750.60



**AKF Reporters, Inc.**
436 Boulevard of the Allies, Pittsburgh, PA 15219-1314
412-261-2323  412-261-2537 FAX
www.akf.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 199871 | 09/28/2005 | 01-89821 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/15/2005 | _KIRCK | |
| **CASE CAPTION** | | |
| JACKSON VS WALMART | | |
| **TERMS** | | |
| Due upon receipt | | |

LORENA AHUMADAY, ESQ.
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

```
ORIGINAL TRANSCRIPT OF:
    DARLENE JACKSON              108 Pages              378.00
        REPORTER ATTENDANCE                              50.00
        Second Day Delivery                              16.50

                    TOTAL   DUE   >>>>                  444.50
```

TAX ID NO.: 251368597                              (215) 665-8500   Fax (215) 864-9518

*Please detach bottom portion and return with payment.*

LORENA AHUMADAY, ESQ.
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103

```
Invoice No.: 199871
Date       : 09/28/2005
TOTAL DUE  :    444.50


Job No.   : 01-89821
Case No.  :
JACKSON VS WALMART
```

Remit To:  **AKF Reporters, Inc.**
           **436 Boulevard of the Allies**
           **Pittsburgh, PA 15219**

**FERGUSON & HOLDNACK REPORTING, INC.**
357 WEST TENTH STREET
ERIE, PA 16502
814-452-4556  Fax 814-454-4377
contact@ferguson-holdnack.com

Lorena E. Ahumada, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103

INVOICE NO.      13766
INVOICE DATE:    12/06/2005
REPORTER:
Sondra Black

*Jackson v. Wal-Mart Stores, Inc.*

ID#: 20-0500342

No. 05-33 Erie

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 11/16/2005 | Copy of Transcript: P. Burns | 62.00 | 1.65 | 102.30 |
| 11/16/2005 | Copy of Transcript: L. Dolecki | 34.00 | 1.65 | 56.10 |
| 11/16/2005 | Copy of Transcript: R. Chittesder | 19.00 | 1.65 | 31.35 |
| 11/16/2005 | Copy of Transcript: C. Smith | 19.00 | 1.65 | 31.35 |
| | Condensed Transcripts: No Charge | | | |
| | Exhibits Copied | 20.00 | 0.20 | 4.00 |
| | Postage & Handling | 1.00 | 9.00 | 9.00 |
| | | | Sub Total | 234.10 |
| | | | Paid | 0.00 |
| | | | Balance Due | 234.10 |

**Payment Terms:  Net 30 Days**
**Please return one copy with remittance**
**THANK YOU FOR YOUR BUSINESS!**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Pittsburgh Area Office

Liberty Center
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222-4187
(412) 644-3444
TTY (412) 644-2720
FAX (412) 644-2664

Our Reference: 172-2004-01142
Jackson v. Wal-Mart

Ms. Lorena E. Ahumada
Ballard Spahr Andrews & Ingersoll, LLP
Attorneys at Law
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599

Dear Ms. Ahumada:

This is in response to your letter in which you requested a copy of the above-referenced file. The charge for copying records is $.12 per page. An estimate of the copying charges for the records you requested is $.12 x 600 pages; the total cost for reproducing the records will be about $72.00 Before the records can be released, you must send a check for that amount to our office (return envelope enclosed), and made payable to "PRINTBIZ". Upon receipt of your check, the records will be forwarded to the printing center for copying, and mailed to you upon completion, along with an invoice for any additional cost, or a refunded check if our estimate was above the actual cost.

You will have 30 days from the date of this letter to forward your check, after which time the file will be returned to our records unit. If you have any questions, you can telephone me at (412) 644-2760.

Sincerely,

03-22-05
Date

Joseph M. Hardiman
Area Director



RECEIVED
MAR 25 2005

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## AGREEMENT OF NONDISCLOSURE

Pursuant to Section 705g(1) of Title VII, the EEOC shall have power to cooperate with private individuals in order to accomplish the purposes of Title VII. This same authority also applies to actions under the Americans with Disabilities Act.

### PERSON REQUESTING DISCLOSURE

| | CHARGING PARTY | | RESPONDENT | | AGGRIEVED PERSON ON WHOSE BEHALF CHARGE IS FILED | | AGGRIEVED PERSON IN COMMISSIONER CHARGE | | NAMED PARTY IN CLASS ACTION |
|---|---|---|---|---|---|---|---|---|---|

**ATTORNEY REPRESENTING**

| | C | X | RESPONDENT | | AGGRIEVED PERSON ON WHOSE BEHALF CHARGE IS FILED | | AGGRIEVED PERSON IN COMMISSIONER CHARGE | | NAMED PARTY IN CLASS ACTION |
|---|---|---|---|---|---|---|---|---|---|

**CHARGE NUMBER(S) OF FILE(S) TO BE DISCLOSED**

**172-2004-01142 Jackson v. Wal-Mart**

## STATEMENT

I  **Lorena E. Ahumada, Esquire**  , request disclosure of Commission case file(s) in
   *(Typed name)*

connection with contemplated or pending litigation. I agree that the information disclosed to me will not be made public or used except in the normal course of a civil action or other proceeding instituted under Title VII or the Americans with Disabilities Act involving such information.

In witness whereof, this agreement is entered into as of the _____ day of _____ 20 _05_ by the Equal Employment Opportunity Commission representative named below and the person requesting disclosure.

_____
*Person requesting disclosure (Signature and telephone number/area code)*

**1735 Market Street, 51st Floor, Philadelphia, PA 19103-7599**
*Complete address*

_____
*EEOC representative (Signature and title)*

EEOC FORM 167 (10/94)