UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
700 GRANT STREET
PITTSBURGH, PA 15219
www.pawd.uscourts.gov

**SCANNED**

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

May 16, 2007

Sean P. Duff
Patberg, Carmody & Ging
Deutschtown Center
801 Vinial Street
Third Floor
Pittsburgh, PA 15212

David S. Fryman
Ballard, Spahr, Andrews & Ingersoll
1735 Market Street
51st Floor
Philadelphia, PA 19103-759

Re: **Jackson v. Wal-Mart Stores, Inc.**
Civil Action No. **1:05-cv-33 Erie**

Counsel:

Judgment was entered on the docket on April 6, 2007 in favor of the defendant and no appeal has been filed. A verified Bill of Costs in the amount of $750.60 has been filed by the defendant. The plaintiff shall have until **May 29, 2007** to file any objections. **Failure to file any objections will be deemed to have consented to the Bill of Costs.**

You are hereby advised that any determination of costs by the Clerk may be reviewed by the court upon motion served with five days thereafter under Rule 54(d) of the Federal Rules of Civil Procedure.

Sincerely,

*R.V. Barth, Jr.*

Robert V. Barth, Jr.
Clerk of Court

cc: File