IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE JACKSON,<br>Plaintiff, | )<br>)<br>) |
| v. | )   Civil Action No. 1:05-cv-33 Erie<br>)<br>) |
| WAL-MART STORES, INC.,<br>Defendant. | )<br>) |

## TAXATION OF COSTS

On April 6, 2007, an opinion and order granting the defendant's motion for summary judgment was entered on the docket in the above captioned case and judgment was entered the same day. A Bill of Costs was filed by the defendant and objections were called for by May 29, 2007 and none were filed.

Therefore, there being no objections, costs are taxed this 31st day of May, 2007 in the amount of **$750.60** in favor of the defendant and against the plaintiff, Darlene Jackson, and are included in the judgment.

You are advised that any determination of costs by the clerk my be reviewed by the court upon motion served within five days thereafter, under Rule 54(d) of the Federal Rules of Civil Procedure.

_____
Robert V. Barth, Jr.
Clerk of Court

cc: Counsel
    File